William J. Baird, III, Pikeville, Cyril E.
Shadowen, Dept. of Labor, Louisville, for
movants.

Kelsey E. Friend, Pikeville, William L.
Huffman, Director, Workmen's Compensa-
tion Bd., Frankfort, for respondents.

## OPINION AND ORDER

The motion of Bartley & Bartley Coal
Company et al., for a review of the decision
of the Court of Appeals is granted.

The decision of the Court of Appeals ren-
dered May 27, 1977, is now vacated, and this
proceeding is remanded to the Court of
Appeals for reconsideration in light of this
court's opinion in *Transport Motor Express,
Inc. v. Finn*, Ky., 574 S.W.2d 277, rendered
September 19, 1978.

All concur.

Frances Jones MILLS, Kentucky State
Treasurer & Custodian, of the Unin-
sured Employers' Fund, Movant,

v.

Edward E. PARSLEY, James Petty, and
William L. Huffman, Director of Work-
men's Compensation Board, Respon-
dent.

Supreme Court of Kentucky.

Nov. 21, 1978.

Robert F. Stephens, Atty. Gen., Michael A. Richardson, Asst. Atty. Gen., Frankfort, for movant.

William S. Cooper, Collier, Arnett, Coleman & Cooper, Elizabethtown, David B. Vickery, Leitchfield, for respondent.

## OPINION AND ORDER

The motion of Frances Jones Mills, Treasurer of the Commonwealth of Kentucky, as custodian of the Uninsured Employer's Fund, for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered May 20, 1977, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. Finn*, Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.